UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN BELLOCCHIO,

                      Plaintiff,

- against -

MERRICK GARLAND in his official capacity,

                      Defendant.
------------------------------------------------------------X

Civil Action No.
21 CV 3278 (CM) (BCM)

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that SANDRA L. BONDER of HAICKEN LAW PLLC, is appearing as Notice Attorney for Plaintiff, JOHN BELLOCCHIO.

Dated: New York, New York
       July 12, 2021

                          Yours, etc.,

                          HAICKEN LAW PLLC

                          *Sandra L. Bonder, Esq.*
                          _____
                          BY: SANDRA L. BONDER, ESQ. (3492)
                          Attorneys for Plaintiff
                          11 Broadway, 6th Floor
                          New York, New York 10005
                          (212) 592-8326
                          sandra@haickenlaw.com