UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN BELLOCCHIO,

                       Plaintiff,

  - against -

MERRICK GARLAND in his official capacity,

                      Defendant.
------------------------------------------------------------X

Civil Action No.
21 CV 3278 (CM) (BCM)

**NOTICE OF DISMISSAL**

     **PLEASE TAKE NOTICE** that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same is hereby dismissed with prejudice and without costs, as the same matter entitled *John Bellocchio v. Merrick Garland, in his official capacity* is pending before this Honorable Court under Civil Action No. 21-CV-3280.

Dated: New York, New York
       July 12, 2021

                                           Yours, etc.,

                                           HAICKEN LAW PLLC

                                           *Sandra L. Bonder, Esq.*
                                           _____
                                           BY: SANDRA L. BONDER, ESQ. (3492)
                                           Attorneys for Plaintiff
                                           11 Broadway, 6th Floor
                                           New York, New York 10005
                                           (212) 592-8326
                                           sandra@haickenlaw.com