UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN BELLOCCHIO,

                             Plaintiff,                          Civil Action No.
                                                            21 CV 3278 (CM) (BCM)

- against -

MERRICK GARLAND in his official capacity,        **NOTICE OF**
                                                                **DISMISSAL**

                            Defendant.
-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same is hereby dismissed with prejudice and without costs, as the same matter entitled *John Bellocchio v. Merrick Garland, in his official capacity* is pending before this Honorable Court under Civil Action No. 21-CV-3280.

Dated: New York, New York
            July 12, 2021

                                                              Yours, etc.,

                                                                HAICKEN LAW PLLC

                                                                *Sandra L. Bonder, Esq.*

                                                                _____
                                                                BY: SANDRA L. BONDER, ESQ. (3492)
                                                                Attorneys for Plaintiff
                                                               11 Broadway, 6th Floor
                                                                New York, New York 10005
                                                                (212) 592-8326
                                                                sandra@haickenlaw.com